## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| TYREE LAWSON, | : | No. 51 MM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| COURT OF COMMON PLEAS OF | : | |
| MONTGOMERY COUNTY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of July, 2019, the Application for Leave to File Original Process is GRANTED, and the Application for Extraordinary Relief is DENIED.